# United States District Court
## Western District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** <br> (for offenses committed on or after November 1, 1987) |
| V. | **Case Number:**  10-CR-112-WMC-01 |
| ELIZABETH B. GOODWIN | **Defendant's Attorney:**  Dean A. Strang |

The defendant, Elizabeth B. Goodwin, pleaded guilty to count 1 of the information.

The defendant has been advised of her right to appeal.

**ACCORDINGLY**, the court has adjudicated defendant guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1003 | Obtain a Sum Not Greater than $1,000 from the Public Stocks of the United States by False Statement; a Class A misdemeanor | June 22, 2005 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.**

| | | | |
|---|---|---|---|
| **Defendant's Date of Birth:** | February 6, 1959 | | September 17, 2010 |
| **Defendant's USM No.:** | 07092-090 | | Date of Imposition of Judgment |
| **Defendant's Residence Address:** | 21 Old Grafton Road <br> Upton, MA 01568 | | */s/ William Conley* |
| | | | William M. Conley <br> District Judge |
| **Defendant's Mailing Address:** | 21 Old Grafton Road <br> Upton, MA 01568 | | September 17, 2010 |
| | | | Date Signed: |

# PROBATION

As to the one-count information, it is adjudged that the defendant is sentenced to a two-year term of probation.

While on probation, defendant shall not commit another federal, state, or local crime.

While on probation, defendant shall not illegally possess a controlled substance.

If defendant has been convicted of a felony, defendant shall not possess a firearm or destructive device while on probation.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Financial Penalties sheet of this judgment.

Defendant shall comply with the standard conditions that have been adopted by this court (set forth on the next page).

In light of the nature of the offense and the defendant's history of depression, I am imposing
the following special conditions:

1. Provide the supervising U.S. probation officer with any and all requested financial information;

2. Perform 200 hours of community service, as scheduled and approved by the supervising U.S. probation officer; and

3. Participate in mental health referral, assessment and treatment as approved by the supervising U.S. probation officer and comply with all rules, regulations and recommendations of the mental health agency or its representative to the extent approved by the supervising U.S. probation officer. The defendant shall take any medications prescribed by a licensed medical provider. The defendant shall attempt to obtain her own funding for services.

Because the defendant has no history of controlled substance abuse, the mandatory
requirement for drug testing in 18 U.S.C. § 3563(a)(5) is waived.

# STANDARD CONDITIONS OF SUPERVISION

1) Defendant shall not leave the judicial district without the permission of the court or probation officer;

2) Defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) Defendant shall support his or her dependents and meet other family responsibilities;

5) Defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) Defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician;

8) Defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) Defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) Defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) Defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) As directed by the probation officer, defendant shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm defendant's compliance with such notification requirement.

# CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total financial penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $500.00 | $70,000.00 |
| Total | $25.00 | $500.00 | $70,000.00 |

As to the one count information, it is adjudged that the defendant is to pay a $25 special assessment penalty to the Clerk of Court for the Western District of Wisconsin which is due immediately following sentencing.

The defendant has the means to pay a $500 fine under § 5E1.2(c) without impairing her ability to support herself. Payment of the entire fine is due within 14 days of the judgment.

# RESTITUTION

The defendant is ordered to pay restitution in the amount of $50,000.00, which is due and payable immediately to the Clerk of Court for the Western District of Wisconsin, to be disbursed to the victim directly harmed as listed below:

> National Institutes of Health (NIH)
> 9000 Rockville Pike
> Bethesda, Maryland 20892

No interest is to accrue on the unpaid portion of the restitution obligation.

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:

                (1) assessment;
                (2) restitution;
                (3) fine principal;
                (4) cost of prosecution;
                (5) interest;
                (6) penalties.

The total fine and other monetary penalties shall be due in full immediately unless otherwise stated elsewhere.

Unless the court has expressly ordered otherwise in the special instructions above, if the judgment imposes a period of imprisonment, payment of monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

In the event of a civil settlement between victim and defendant, defendant must provide evidence of such payments or settlement to the Court, U.S. Probation office, and U.S. Attorney's office so that defendant's account can be credited.