IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,                      ORDER

   v.

                                   Case No.10-cr-112-wmc-1

ELIZABETH GOODWIN
          Defendant.

---

The defendant in the above-entitled case has been:

\_\_\_\_X_____ convicted of the charge against him and no appeal is pending.
Therefore, it is directed that the passport be transferred to the State
Department.

_____ The State Department is not to reissue a passport without approval of U.S.
Probation.

_____ convicted of the charge against him and no appeal is pending.  Therefore,
it is directed that the passport be transferred to the INS Regional Office,
Milwaukee, Wisconsin.

_____ acquitted of the charge against him and/or the charge against him has been
dismissed.  Therefore, it is directed that the passport be returned to the
defendant or his authorized representative.

_____ Defendant deceased.  Therefore, it is directed that the passport be returned
to the State Department.

Date : \_\_\_\_4 – 6 -11_____.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge

cc:    USA, Defense Atty, USPO